```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

ALONZO HEAD,                          :

    Petitioner,                       :

v.                                    :       CIVIL ACTION 09-0189-WS-M

WARDEN GORDON,                        :

    Respondent.                       :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be TRANSFERRED to the United States District Court for the Middle District of Alabama for all further proceedings.

DONE this 23rd day of November, 2009.

                                              S/WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE